UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WINDY LUCIUS,

                                       CASE NO. 6:22-CV-01231-CEM-LHP

        Plaintiff,

v.

VITO'S ITALIAN CHOPHOUSE
I-DRIVE, INC.,

        Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Windy Lucius and Defendant Vito's Italian Chophouse I-Drive, Inc., in compliance with Local Rule 3.09, hereby notify this Court of the settlement of the above-styled case. The parties are in the process of finalizing their agreement and will be filing a joint notice of dismissal with prejudice when finalized.

Respectfully submitted this 12th day of January, 2023.


By:/s/ J. Courtney Cunningham
    J. Courtney Cunningham
    Florida Bar No. 628166
    Email: cc@cunninghampllc.com

    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    (305) 351-2014  Telephone

    Attorney for Plaintiff

By:/s/ Bret C. Yaw
    Aaron L. Zandy
    Florida Bar No. 0125271
    Email: azandy@fordharrison.com
    Bret C. Yaw
    Florida Bar No. 0100445
    Email: byaw@fordharrison.com

    FORD & HARRISON LLP
    300 South Orange Ave, Suite 1300
    Orlando, Florida 32801
    (407) 418-2300  Telephone
    (407) 418-2327  Facsimile

    Attorneys for Defendant


WSACTIVELLP:13719160.1